**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6210

JAMES BALDWIN,

Plaintiff - Appellant,

versus

GENE JOHNSON, Director of Virginia Department
of Corrections; PRISON HEALTH SERVICE,
INCORPORATED, Gerald Boyle, President and CEO;
COMPASS GROUP, USA, INCORPORATED; DOCTOR GORE,
Chief Physician,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:06-cv-00115-JBF)

Submitted: May 31, 2007                Decided: June 7, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Baldwin, Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Elizabeth Martin
Muldowney, RAWLS & MCNELIS, PC, Richmond, Virginia; Paul Graham
Beers, GLENN, FELDMANN, DARBY & GOODLATTE, Roanoke, Virginia;
Peter M. Coppinger, Gregory D. Cote, MCCARTER & ENGLISH, LLP,
Boston, Massachusetts, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Baldwin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Baldwin v. Johnson</u>, No. 2:06-cv-00115-JBF (E.D. Va. Jan. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>